# Court of Appeals
## Tenth Appellate District of Texas

No. 10-24-00010-CR

Joshua Baust,
Appellant

v.

The State of Texas,
Appellee

On appeal from the
87th District Court of Freestone County, Texas
Judge Amy Thomas Ward, presiding
Trial Court No. 23-019CR

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

**MEMORANDUM OPINION**

Joshua Baust pled guilty of the offense of robbery and pled true to two enhancement paragraphs. *See* TEX. PENAL CODE ANN. § 29.03; 12.42. The trial court assessed Baust's punishment at forty years confinement in the Texas Department of Criminal Justice Institutional Division. *Id*. This appeal ensued. We affirm the trial court's judgment.

Baust's appointed counsel filed a motion to withdraw and an *Anders* brief in support of the motion asserting that he has diligently reviewed the appellate record and that, in his opinion, the appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Counsel's brief evidences a professional evaluation of the record for error and compliance with the other duties of appointed counsel. We conclude that counsel has performed the duties required of appointed counsel. *See id.* at 744, 87 S.Ct. at 1400; *High v. State*, 573 S.W.2d 807, 812–13 (Tex. Crim. App. [Panel Op.] 1978); *see also Kelly v. State*, 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014); *In re Schulman*, 252 S.W.3d 403, 407–09 (Tex. Crim. App. 2008).

In reviewing an *Anders* appeal, we must, "after a full examination of all the proceedings, . . . decide whether the case is wholly frivolous." *Anders*, 386 U.S. at 744, 87 S.Ct. at 1400; *see Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 349–50, 102 L.Ed.2d 300 (1988); *accord Stafford v. State*, 813 S.W.2d 503, 509–11 (Tex. Crim. App. 1991). An appeal is "wholly frivolous" or "without merit" when it "lacks any basis in law or fact." *McCoy v. Court of Appeals*, 486 U.S. 429, 438 n.10, 108 S.Ct. 1895, 1902 n.10, 100 L.Ed.2d 440 (1988). After a review of the entire record in this appeal, we have determined the appeal to be wholly frivolous. *See Bledsoe v. State*, 178 S.W.3d 824, 826–28 (Tex. Crim. App. 2005). Accordingly, we affirm the trial court's judgment.

Counsel's motion to withdraw from representation of Baust is granted.

_____
MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  February 20, 2025



Before  Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Affirmed
Do Not Publish
[CRPM]